UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 10-10358-MLW |
| ) | |
| JEDIDIAH BRETTSCHNEIDER, ) | |
| et al., ) | |
|     Defendants. ) | |

ORDER

WOLF, D.J.                                                                         August 14, 2014

It is hereby ORDERED that the government and counsel for each of the defendants who has not pleaded guilty shall meet and confer. By September 5, 2014, the government and also counsel for each remaining defendant shall file a report stating whether the required meeting occurred and whether an agreement has been reached to resolve the case concerning the defendant counsel represents.

                                                                    /s/ Mark L. Wolf
                                                   UNITED STATES DISTRICT JUDGE