UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 10-10358-MLW |
| | ) |
| JEDEDIAH BRETTSCHNEIDER, | ) |
| et al., | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                                        October 24, 2014

It is hereby ORDERED that:

1.  As stated at the October 23, 2014 hearing, because
defendant  Jedediah  Brettschneider  is  a  fugitive,  the
commencement of his trial, previously scheduled for October 27,
2014, is POSTPONED.

2.  Notwithstanding what the court stated at the October
23,  2014  hearing,  any  application  for  a  search  warrant
concerning  Brettschneider's  cellular  telephone  shall  be
submitted to the magistrate judge rather than to this court.

UNITED STATES DISTRICT JUDGE