```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )      Cr. No. 10-10358-MLW
                                )
JEDEDIAH BRETTSCHNEIDER,        )
et al.,                         )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                    December 31, 2014

As it is important that William O'Brien be sentenced with his co-defendants, his motions to continue are hereby DENIED.

                                     /s/Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE