UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEDEDIAH BRETTSCHNEIDER,<br>MICHAEL CASSANDRO,<br>FRANCIS GAETANI,<br>RONALD ANGER,<br>WILLIAM O'BRIEN<br>MARK CELENTANO,<br>KEVIN BROWN,<br>SHELLEY LENKUTIS, and<br>RACHEL ANGER<br><br>          Defendants. | Criminal No. 1:10-cr-10358-MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MAREN KLAWITER

Pursuant to Local Rule 83.5.2(c) please withdraw the appearance of Maren Klawiter, of Goodwin Procter LLP, as counsel for Defendant Jedediah Brettschneider in the above-captioned matter. Attorneys John J. Falvey, Jr., Stephen M. Hoeplinger, Adam Slutsky, David Rosenberg, and Jenny Zhang, of Goodwin Procter LLP shall continue their appearances as counsel of record for Defendant Jedediah Brettschneider in this matter.

Dated: May 29, 2015

Respectfully submitted,

/s/ Maren Klawiter
Maren Klawiter (BBO #679504)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000
Fax: (617) 570-1231
mklawiter@goodwinprocter.com

*Attorneys for Jedediah Brettschneider*

## CERTIFICATE OF SERVICE

      I, Maren Klawiter, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 29, 2015.

                                            /s/ Maren Klawiter